UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10097RWZ

EILEEN GRADY, )
)
        Plaintiff )
)
v. )
)
WAREHAM POLICE DEPARTMENT, )
TOWN OF WAREHAM, THOMAS )
JOYCE (individually), and MICHAEL )
HARTMAN (individually) )
)
        Defendants

### NOTICE OF APPEARANCE

Please enter my appearance for the Defendants, Wareham Police Department, Town of Wareham, Thomas Joyce (individually), and Michael Hartman (individually) in addition to Leonard Kesten of this office.

        Respectfully submitted,
        The Defendant,
        Wareham Police Department, Town of Wareham,
        Thomas Joyce (individually) and Michael
        Hartman (individually),
        By its attorneys,

        /s/ Deborah I. Ecker
        Leonard H. Kesten, B.B.O. No.: 542042
        Deborah I. Ecker, B.B.O. No.: 554623
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza, 12th Floor
        Boston, MA 02116
        (617) 880-7100

DATED: February 3, 2005