UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10097RWZ

EILEEN GRADY, )
)
    Plaintiff )
)
v. )
)
WAREHAM POLICE DEPARTMENT, )
TOWN OF WAREHAM, THOMAS )
JOYCE (individually), and MICHAEL )
HARTMAN (individually) )
)
    Defendants

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendants, Wareham Police Department, Town of Wareham, Thomas Joyce (individually), and Michael Hartman (individually) in the above-referenced case.

    Respectfully submitted,
    The Defendant,
    Wareham Police Department, Town of Wareham,
    Thomas Joyce (individually) and Michael
    Hartman (individually),
    By its attorneys,

    /s/ Leonard H. Kesten
    Leonard H. Kesten, B.B.O. No.: 542042
    Deborah I. Ecker, B.B.O. No.: 554623
    BRODY, HARDOON, PERKINS & KESTEN, LLP
    One Exeter Plaza, 12th Floor
    Boston, MA 02116
    (617) 880-7100

DATED: February 3, 2005