# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB -9 P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

EILEEN GRADY,
  Plaintiff

V.

WAREHAM POLICE DEPARTMENT, TOWN OF
WAREHAM, THOMAS JOYCE (individually)
and MICHAEL J. HARTMAN (individually)

  Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Town of Wareham
c/o Mary Ann Silva, Clerk
Municipal Building
54 Marion Road
Wareham, MA  02571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barbara A. Robb, Esq.
Lawrence J. Casey, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th floor
Boston, MA  02108
(617) 854-4000

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK  Pat Russo

DATE  1-14-05

AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN OF SERVICE

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

February 4, 2005

I hereby certify and return that on 2/1/2005 at 11:55AM I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Mary Ann Silva, agent, person in charge at the time of service for Town of Wareham, at Municipal Building, 54 Marion Road, Wareham, MA 02571 Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($22.40) Total Charges $62.90

Deputy Sheriff Gregory S. Kamon                               Deputy Sheriff

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                    *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.