# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

EILEEN GRADY,   Plaintiff

V.

WAREHAM POLICE DEPARTMENT, TOWN OF WAREHAM, THOMAS JOYCE (individually) and MICHAEL J. HARTMAN (individually)

Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 10097 RWZ**

FILED IN CLERK'S OFFICE
2005 FEB -9 P 3:13
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: (Name and address of Defendant)

Wareham Police Department
c/o Mary Ann Silva, Clerk
Town of Wareham
Municipal Building
54 Marion Road
Wareham, MA  02571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barbara A. Robb, Esq.
Lawrence J. Casey, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA  02108
(617) 854-4000

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   TONY ANASTAS

(By) DEPUTY CLERK

DATE   1-14-05

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

February 4, 2005

I hereby certify and return that on 2/1/2005 at 11:55AM I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Mary Ann Silva, agent, person in charge at the time of service for Wareham Police Department, at Municipal Building, 54 Marion Road, Wareham, MA 02571. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00) Total Charges $36.00

*Deputy Sheriff*

Deputy Sheriff Gregory S. Kamon

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.