AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

FILED
IN CLERK'S OFFICE

EILEEN GRADY,
    Plaintiff

2005 FEB -9  P 3:13

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS

V.

WAREHAM POLICE DEPARTMENT, TOWN OF
WAREHAM, THOMAS JOYCE (individually)
and MICHAEL J. HARTMAN (individually)

CASE NUMBER:

    Defendants


TO: (Name and address of Defendant)

Michael Hartman
Municipal Building
54 Marion Road
Wareham, MA  02571


**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barbara A. Robb, Esq.
Lawrence J. Casey, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th floor
Boston, MA  02108
(617) 854-4000


an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


CLERK

(By) DEPUTY CLERK

DATE  1-14-05

## RETURN OF SERVICE

| | DATE |
|---|---|
| NAME | |

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
Plymouth, ss.

February 4, 2005

I hereby certify and return that on 2/1/2005 at 11:50AM I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Michael Hartman at Municipal Building, 54 Marion Road, Wareham, MA 02571. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00) Total Charges $36.00

Deputy Sheriff Gregory S. Kamon

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                 *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.