# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 FEB 14 P 3:56
U.S. DISTRICT COURT
DISTRICT OF MASS

EILEEN GRADY,

Plaintiff

V.

WAREHAM POLICE DEPARTMENT, TOWN OF
WAREHAM, THOMAS JOYCE (individually)
and MICHAEL J. HARTMAN (individually)

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10097 RWZ**

TO: (Name and address of Defendant)

Thomas Joyce
Wareham Police Department
2515 Cranberry Highway
Wareham, MA  02571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barbara A. Robb, Esq.
Lawrence J. Casey, Esq.
Perkins Smith & Cohen LLP
One Beacon Street, 30th floor
Boston, MA  02108
(617) 854-4000

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  1-14-05

AO 440 (Rev. 10/93) Summons in a Civil Action

| NAME | |
|---|---|
| Ch{ | |

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

February 8, 2005

I hereby certify and return that on 2/2/2005 at 12:49PM I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Thomas Joyce at Wareham Police Department, 2515 Cranberry Highway, Wareham, MA 02571. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($22.40) Total Charges $62.90

_____ Deputy Sheriff
Deputy Sheriff Gregory S. Kamon

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                       Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.