UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10097RWZ

EILEEN GRADY, )
)
       Plaintiff )
)
v. )
)
WAREHAM POLICE DEPARTMENT, )
TOWN OF WAREHAM, THOMAS )
JOYCE (individually), and MICHAEL )
HARTMAN (individually) )
)
       Defendants

**CERTIFICATION PURSUANT TO RULE 16.1**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                      Defendant,
                      Michael Hartman,
                      By his attorneys,
                      Brody, Hardoon, Perkins & Kesten, LLP

_____      _____
Michael Hartman                 Leonard H. Kesten, BBO# 542042
                                   Deborah I. Ecker, BBO# 554623
                                   One Exeter Plaza
                                   Boston, MA 02116
                                   (617) 880-7100

DATED: 3/18/05