UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10097RWZ

EILEEN GRADY,  )
  )
      Plaintiff  )
  )
v.  )
  )
WAREHAM POLICE DEPARTMENT,  )
TOWN OF WAREHAM, THOMAS  )
JOYCE (individually), and MICHAEL  )
HARTMAN (individually)  )
  )
      Defendants

### CERTIFICATION PURSUANT TO RULE 16.1

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                              Defendant,
                              Thomas Joyce
                              By his attorneys,
                              Brody, Hardoon, Perkins & Kesten, LLP

_/s/ Thomas Joyce_                         _/s/ Deborah Ecker_
Thomas Joyce                           Leonard H. Kesten, BBO# 542042
                                              Deborah I. Ecker, BBO# 554623
                                              One Exeter Plaza
                                              Boston, MA 02116
                                              (617) 880-7100

March 21, 2005
DATED: