UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10097-RWZ

EILEEN GRADY

v.

WAREHAM POLICE DEPARTMENT, et al.

SCHEDULING ORDER

March 31, 2005

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Barbara A. Robb and Lawrence J. Casey having appeared as counsel for plaintiff Eileen Grady; and Deborah I. Ecker having appeared as counsel for defendants Wareham Police Department, et al., the following action was taken:

1. The parties agreed to trial with a jury before Magistrate Judge Dein. In the interest of consistency and efficiency, the case is referred to her now for all pretrial and trial proceedings.

2. The parties agreed to the following discovery plan, which the court adopted:

   A. Automatic Document Disclosure

Defendants and Plaintiff have, on February 23, 2005 and March 18, 2005, respectively, made the disclosures required by Fed. R. Civ. P. 26(a)(1).

      B.      Discovery Deadline

The parties expect that they will complete all discovery, including depositions, by October 31, 2005.

      C.      Depositions

Except as provided in paragraph D, the Plaintiff intends to take the depositions of any individuals (not exceeding ten without the permission of the Court) identified through the course of discovery as having knowledge of any matter, not privileged, that is relevant to the claim or defense of any party. The Plaintiff further states that, in he absence of discovery, it is too early to determine the number of depositions that will be necessary to complete discovery in this action.

The Defendants intend to take the depositions of any individuals (not exceeding ten without the permission of the Court) identified through the course of discovery as having knowledge of any matter, not privileged, that is relevant to the claim or defense of any party. The Defendants further state that, in the absence of discovery, it is too early to determine the number of depositions that will be necessary to complete discovery in this action.

The parties agree that all depositions, with the exception of expert depositions, will be conducted between June 1, 2005 and October 31, 2005.

      E.      Interrogatories

The parties agree, except upon motion allowed by the Court, that each party will submit for response no more than 25 interrogatories, as permitted under the Federal Rules of Civil Procedure.

The parties further agree that all interrogatories will be submitted by April 30, 2005.

    F.    Document Requests

Both parties intend to serve document requests.

The parties agree that all requests for production of documents will be submitted by October 31, 2005.

3. The parties further agreed that all amendments to the pleadings and joinder of parties shall be filed by May 31, 2005. Plaintiff may also, by May 31, 2005, amend the complaint to assert claims of unlawful retaliation.

4. Judge Dein will hold a pretrial conference on November 7, 2005, at 10 a.m.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |