UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EILEEN GRADY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAREHAM POLICE DEPARTMENT, )<br>TOWN OF WAREHAM, )<br>THOMAS JOYCE (individually), and )<br>MICHAEL J. HARTMAN (individually), )<br>)<br>Defendants. ) | C.A. NO. 05-10097-JGD |

**NOTICE OF FORMATION OF NEW FIRM
AND CHANGE OF ADDRESS OF COUNSEL FOR PLAINTIFF**

Pursuant to the requirements of Fed. R. Civ. P. 11(a), the undersigned counsel for the Plaintiff Eileen Grady in the above-captioned matter hereby notify the Court that, as of July 1, 2005, their new firm name and address is as follows:

Shilepsky O'Connell Casey Hartley Michon Yelen LLP
225 Franklin Street, 16th Floor
Boston, Massachusetts 02110-2898
(617) 723-8000

Respectfully submitted,

/s/ Barbara A. Robb
Lawrence J. Casey (BBO #555766)
Barbara A. Robb (BBO #639976)
Perkins Smith & Cohen LLP
One Beacon Street, 30th Floor
Boston, MA 02108
617-854-4000

DATED: June 30, 2005

**CERTIFICATE OF SERVICE**

I, Barbara A. Robb, hereby certify that on the date first above-written, I served a copy of the within Notice of Formation of New Firm and Change of Address of Counsel for Plaintiff by electronic mail and first class mail, postage prepaid, upon all counsel of record at their address of record.

/s/ Barbara A. Robb