UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EILEEN GRADY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-10097-JGD |
| | ) | |
| WAREHAM POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON PLAINTIFF'S MOTION TO COMPEL

This matter is before the court on the "Plaintiff's Motion to Compel Defendants to Produce Documents" (Docket No. 20). By her motion, plaintiff Eileen Grady ("Grady") is seeking an order compelling defendants Wareham Police Department and the Town of Wareham (collectively, "Wareham Defendants") to produce documents responsive to requests 7, 8, 9 and 10 of the Plaintiff's First Request for Production of Documents. After reviewing the parties' submissions and considering the parties' oral arguments at a hearing on November 18, 2005, this court hereby ORDERS as follows:

    1.    Grady's motion is ALLOWED IN PART and DENIED IN PART withrespect to document request numbers 7 and 8. The Wareham Defendants shall produce the following documents from the personnel files of the individuals identified in those requests:

        (a)    documents reflecting or commenting on the individual's job performance and/or conduct;

  (b) formal performance evaulations; and

  (c) documents reflecting or relating to promotion efforts.

The Defendants may produce these documents with the individuals' names redacted to maintain privacy.

 2. On or before **November 25, 2005**, the plaintiff and the Wareham Defendants shall file a joint proposed confidentiality order concerning the documents to be produced from the personnel files, as described in paragraph 1 above.  If the parties are unable to reach agreement, each party shall file a separate proposal and the court will issue an appropriate confidentiality order.

 3. Grady's motion is ALLOWED with respect to document request numbers 9 and 10.  The Wareham Defendants shall produce all responsive documents from 1980 to the present that have not been produced previously.

          / s / Judith Gail Dein
          Judith Gail Dein
          United States Magistrate Judge

DATED: November 18, 2005