UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
EILEEN GRADY,                          )
        Plaintiff,                     )
v.                                     )     C.A. NO: 05-10097-JGD
                                       )
WAREHAM POLICE DEPARTMENT,             )
TOWN OF WAREHAM,                       )
THOMAS JOYCE, and                      )
MICHAEL J. HARTMAN                     )
        Defendants.                    )
_____)
```

## JOINT STATUS REPORT

Pursuant to the Court's order date January 11, 2006 the parties hereby submit their Joint Status Report. All discovery has been completed except for the deposition of Sarah Woods; a former member of the Board of Selectmen of Wareham who Defendants are informed and believe currently resides in Rhode Island. Plaintiff is also waiting to receive from Defendants copies of additional documents to be produced in response to existing document requests. Plaintiff may want to further depose Defendant Thomas Joyce regarding those documents but cannot make that determination until after the documents are received and reviewed. The Defendants object to the further deposition of Defendant Thomas Joyce. The issue will be addressed by motion if and when it arises.

Dated: May 25, 2006.

| Plaintiff | Defendants |
|---|---|
| By her attorneys, | By their attorneys, |
| /s/ Lawrence J. Casey | /s/ Deborah I Ecker |
| Lawrence J. Casey, BBO #555766 | Leonard H. Kesten, BBO #542042 |
| Barbara A. Robb, BBO #639976 | Deborah I. Ecker, BBO #554623 |
| Shilepsky O'Connell Casey | Brody, Hardoon, Perkins & Kesten, LLP |
| Hartley Michon Yelen LLP | One Exeter Plaza |
| 225 Franklin Street, 16th Floor | Boston, MA 02116 |
| Boston, MA 02110 | (617) 880-7100 |
| (617) 723-8000 | |

2