## UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EILEEN GRADY, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. NO: 05-10097-JGD |
| | ) | |
| WAREHAM POLICE DEPARTMENT, | ) | |
| TOWN OF WAREHAM, | ) | |
| THOMAS JOYCE, and | ) | |
| MICHAEL J. HARTMAN | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's order dated June 1, 2006 the parties hereby propose that the trial commence during the week of October 30, 2006. The parties anticipate that the trial will take 10 full days.

Defendants will not be filing a motion for summary judgment. The parties have not determined whether they are willing to participate in mediation. Plaintiff will submit a demand to Defendants for consideration and then the parties will decide if mediation is appropriate. If the parties agree to mediate it will be conducted in advance of the above proposed trial date.

Dated: June 8, 2006.

| Plaintiff | Defendants |
|---|---|
| By her attorneys, | By their attorneys, |
| /s/ Lawrence J. Casey | /s/ Deborah I Ecker |
| Lawrence J. Casey, BBO #555766 | Leonard H. Kesten, BBO #542042 |
| Barbara A. Robb, BBO #639976 | Deborah I. Ecker, BBO #554623 |
| Shilepsky O'Connell Casey | Brody, Hardoon, Perkins & Kesten, LLP |
| Hartley Michon Yelen LLP | One Exeter Plaza |
| 225 Franklin Street, 16th Floor | Boston, MA 02116 |
| Boston, MA 02110 | (617) 880-7100 |
| (617) 723-8000 | |