UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EILEEN GRADY,<br><br>       Plaintiff,<br><br>v.<br><br>WAREHAM POLICE DEPARTMENT,<br>TOWN OF WAREHAM,<br>THOMAS JOYCE, and<br>MICHAEL J. HARTMAN,<br><br>       Defendants. | CIVIL ACTION NO.<br>05-10097-JGD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties hereby stipulate and agree that the Amended Complaint against Defendants filed by Plaintiff be dismissed with prejudice and without costs to either party. All parties hereby waive any rights of appeal.

| | |
|---|---|
| Plaintiff,<br>EILEEN GRADY,<br>By her attorneys, | Defendants,<br>WAREHAM POLICE DEPARTMENT,<br>TOWN OF WAREHAM,<br>THOMAS JOYCE, and MICHAEL HARTMAN<br>By their attorneys, |
| /s/ Barbara A. Robb<br>Lawrence J. Casey, BBO No. 555766<br>Barbara A. Robb, BBO No. 639976<br>SHILEPSKY O'CONNELL CASEY<br>HARTLEY MICHON YELEN LLP<br>225 Franklin Street, 16th Floor<br>Boston, MA 02110-2898<br>617-723-8000 | /s/ Deborah I. Ecker<br>Leonard H. Kesten, BBO No. 542042<br>Deborah I. Ecker, BBO No. 554623<br>BRODY, HARDOON, PERKINS &<br>KESTEN, LLP<br>One Exeter Plaza<br>Boston, MA 02116<br>617-880-7100 |

Dated: December 1, 2006